UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENDRIK BLOCK,

    Plaintiff,

v.

GENNARO'S LIMITED LIABILITY COMPANY, et al.,

    Defendants.

Case No. 21-cv-00192-VKD

**ORDER TO SHOW CAUSE WHY STEPHAN BARBER, STEPHEN COX AND JRG ATTORNEYS AT LAW SHOULD NOT BE SANCTIONED**

On February 23, 2022, the Court conditionally granted attorneys Stephan Barber, Stephen Cox and JRG Attorneys at Law leave to withdraw as counsel for defendant Gennaro's Limited Liability Company ("Gennaro's"), subject to the condition that Messrs. Barber and Cox and JRG Attorneys at Law shall continue to accept service of papers for the purpose of forwarding them to Gennaro's until Gennaro's obtains substitute counsel or until the Court orders otherwise. Dkt. No. 70. In that same order, the Court ordered counsel to serve a copy of its order on defendants no later than February 28, 2022, and file a proof of service with the Court, with the added instruction that "[c]ounsel shall specifically advise Gennaro's that Gennaro's is prohibited from representing itself in federal court, and that if Gennaro's fails to obtain substitute counsel, the Court may enter default judgment against it." *Id*. at 5. Gennaro's was directed to obtain new counsel who shall file a notice of substitution by March 18, 2022. *Id*.

The docket indicates that Messrs. Barber and Cox and JRG Attorneys at Law have not filed a proof of service as ordered, suggesting that they have also not served the Court's February 23, 2022 order on Gennaro's as directed by the Court. By **March 10, 2022**, Messrs. Barber and Cox and JRG Attorneys at Law shall file a response to this order showing cause why they should

not be sanctioned for their failure to comply with the Court's February 23, 2022 order.

**IT IS SO ORDERED.**

Dated: March 8, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge