UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENDRIK BLOCK,

        Plaintiff,

  v.

GENNARO'S LIMITED LIABILITY COMPANY, et al.,

        Defendants.

Case No. 21-cv-00192-VKD

**JUDGMENT**

The Court having granted plaintiff Hendrik Block's motion for default judgment against defendant Gennaro's Limited Liability Company, and ordered certain injunctive relief and $55,747.88 in statutory damages, attorney's fees and costs (*see* Dkt Nos. 87, 89), default judgment is hereby entered in favor of Mr. Block and against Gennaro's Limited Liability Company.

**IT IS SO ORDERED.**

Dated: July 11, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge